111721-4

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO. 8:23-cv-1350

MEHDI GHADIRI,

    Plaintiff,

vs.

NORDSTROM RACK,

    Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

**NORDSTROM RACK/NORDSTROM, INC. is a publicly traded company listed on The New York Stock Exchange under the symbol JWN.**

**Defendant's counsel in this matter is Erik P. Crep, Esquire from Wicker, Smith, O'Hara, McCoy & Ford, P.A.**

2.) the name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

**NORDSTROM RACK/NORDSTROM, INC. is a publicly traded company listed on The New York Stock Exchange under the symbol JWN. There are no other known entities with publicly-trades stock, equity or debt that may be affected by the outcome of the proceedings.**

CASE NO. 8:23-cv-1350

3.)   the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None other than Nordstrom Inc./Nordstrom Rack.**

4.)   the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

**Plaintiff, Mehdi Ghadiri.**

　　　I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

June 26, 2023

　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　___/s/ Erik P. Crep_____
　　　　　　　　　　　　　　　　　Erik P. Crep, Esquire (0755591)
　　　　　　　　　　　　　　　　　ECREP@wickersmith.com
　　　　　　　　　　　　　　　　　WICKER SMITH O'HARA
　　　　　　　　　　　　　　　　　　McCOY & FORD, P.A.
　　　　　　　　　　　　　　　　　2800 Ponce de Leon Boulevard
　　　　　　　　　　　　　　　　　Suite 800
　　　　　　　　　　　　　　　　　Coral Gables, FL  33134
　　　　　　　　　　　　　　　　　Telephone:   (305) 448-3939
　　　　　　　　　　　　　　　　　Facsimile:    (305) 441-1745
　　　　　　　　　　　　　　　　　Attorneys for Defendant

CASE NO. 8:23-cv-1350

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on June 26, 2023 and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

        /s/ Erik P. Crep_____
Erik P. Crep, Esquire

## SERVICE LIST

Michaela Creason, Esquire
Morgan & Morgan, P.A.
940 S Harbour City Boulevard
Melbourne, FL 32901
Telephone:   (321) 361-3532
mcreason@forthepeople.com